

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00422-CR

**EX PARTE** William Robert **ERSCH**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 25-18483
Honorable Albert D. Pattillo, III, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Delivered and Filed: July 15, 2026

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

*See* TEX. R. APP. P. 42.2(a). Appellant's unopposed motion is granted and this appeal is dismissed.

*See id.*

PER CURIAM